UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEMETRECE R. WELCH,
        Plaintiff,

                                                              No. 1:07-cv-741

-v-

                                                    HONORABLE PAUL L. MALONEY

CLIFFORD TAYLOR,
        Defendant.

## JUDGMENT

Having granted Defendant Taylor's motion for summary judgment, and having denied Plaintiff Welch's motion for summary judgment, pursuant to Rule 58 of the Federal Rule of Civil Procedure, **JUDGMENT** is hereby **ENTERED** in favor of Defendant and against Plaintiff.

    **IT IS SO ORDERED.**

    **THIS ACTION IS TERMINATED.**


Date:  June 30, 2009                                            /s/ Paul L. Maloney
                                                                Paul L. Maloney
                                                                 Chief United States District Judge